# EXHIBIT D

Liquidation Analysis

## Hypothetical Liquidation Analysis
(Unaudited)

This Liquidation Analysis should be read in conjunction with the accompanying Notes. Based on the Prospective Debtors' June 26, 2011 Unaudited Balance Sheet Data.

($ in millions)

| | Lee Legacy | | | | | Pulitzer | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Book Value 6/26/2011 | Recovery (%) | | Recovery ($) | | Book Value 6/26/2011 | Recovery (%) | | Recovery ($) | |
| | | Low | High | Low | High | | Low | High | Low | High |
| **Assets** | | | | | | | | | | |
| Unrestricted Cash & Equivalents | $11.0 | 100% | 100% | $11.0 | $11.0 | $7.9 [2] | 100% | 100% | $7.9 | $7.9 |
| Restricted Cash [1] | 0.0 | 0% | 0% | 0.0 | 0.0 | 0.0 | 0% | 0% | 0.0 | 0.0 |
| Accounts Receivable | 47.0 | 50% | 79% | 23.5 | 37.2 | 25.4 | 48% | 76% | 12.1 | 19.4 |
| Inventories | 4.4 | 40% | 60% | 1.8 | 2.7 | 3.5 | 40% | 60% | 1.4 | 2.1 |
| Other Current Assets | 12.1 | 43% | 64% | 5.2 | 7.7 | 2.6 | 58% | 78% | 1.5 | 2.1 |
| Investments | 29.7 | 46% | 93% | 13.8 | 27.6 | 25.7 | 59% | 106% | 15.2 | 27.3 |
| Property and Equipment, Net | 131.2 | 23% | 55% | 30.4 | 72.3 | 85.7 | 35% | 75% | 30.3 | 64.1 |
| Goodwill | 239.2 | 0% | 0% | 0.0 | 0.0 | 20.2 | 0% | 0% | 0.0 | 0.0 |
| Other Intangible Assets, Net | 185.1 | 0% | 1% | 0.0 | 1.3 | 326.2 | 0% | 1% | 0.0 | 1.6 |
| Intercompany Asset | 0.0 | 0% | 0% | 0.0 | 0.0 | 257.1 | 0% | 0% | 0.0 | 0.0 |
| Other Assets | 7.6 | 8% | 10% | 0.6 | 0.8 | 14.9 | 4% | 4% | 0.5 | 0.7 |
| **Total Assets / Proceeds** | **$667.4** | | | **$86.2** | **$160.5** | **$769.3** | | | **$68.9** | **$125.1** |
| **Wind-Down Expenses** | | | | | | | | | | |
| Wind-Down Operating Costs | | | | $40.5 | $40.5 | | | | $16.1 | $16.1 |
| Trustee Fees | | | | 2.6 | 4.8 | | | | 2.1 | 3.8 |
| Professional Fees | | | | 5.0 | 4.0 | | | | 4.0 | 3.0 |
| **Total Wind-Down Expenses** | | | | **$48.1** | **$49.3** | | | | **$22.1** | **$22.8** |
| **Net Proceeds Available for Payment of Claims** | | | | **$38.2** | **$111.2** | | | | **$46.8** | **$102.3** |
| | | | | Claim Amount | | | | | | |
| **Secured Claims** | | | | | | | | | | |
| Pre-Petition Secured Debt Claims [1] | | | | 868.7 [3] | 868.7 [3] | | | | 127.8 [4] | 127.8 [4] |
| **Secured Claims** | | | | **$868.7** | **$868.7** | | | | **$127.8** | **$127.8** |
| **Excess in Proceeds over Secured Claims** | | | | **($830.5)** | **($757.4)** | | | | **($81.0)** | **($25.6)** |
| **Other Claims Entitled to Statutory Priority** | | | | | | | | | | |
| 503(b)(9) Claims | | | | 2.1 | 2.1 | | | | 1.7 | 1.7 |
| Pre-Petition Employee Wages, Salaries, Commissions, Benefits | | | | 4.9 | 4.9 | | | | 1.9 | 1.9 |
| Reclamation Claims | | | | 2.1 | 2.1 | | | | 1.7 | 1.7 |
| Taxes | | | | 4.8 | 4.8 | | | | 0.0 | 0.0 |
| **Total Other Administrative Claims** | | | | **$13.9** | **$13.9** | | | | **$5.2** | **$5.2** |
| **Excess in Proceeds over Secured and Other Administrative Claims** | | | | **($844.4)** | **($771.3)** | | | | **($86.3)** | **($30.8)** |
| **Net Proceeds Available for Payment of Unsecured Claims** | | | | **$ -** | **$ -** | | | | **$ -** | **$ -** |

(1) Assumes all Restricted Cash has been paid to Pulitzer Noteholders prior to chapter 7 filing.
(2) Includes pro forma reduction of unrestricted Pulitzer cash to reflect $5.0 million pay down prior to filing.
(3) Lee Enterprises existing Credit Facility (including letters of credit).
(4) Assumes Sept 2011 Pulitzer debt balance of $138.5 decreased by $500k ECF sweep and $10.2 million pay down from Pulitzer Restricted and Unrestricted Cash.

LA1 2333453v.1

A. **Introduction and Reservations**

In connection with the Plan and Disclosure Statement, the following hypothetical liquidation analysis (the "**Liquidation Analysis**") has been prepared by Prospective Debtors' management with the assistance of their financial advisors. This Liquidation Analysis should be read in conjunction with the Plan and the Disclosure Statement.

The Prospective Debtors, with the assistance of their financial advisors, have prepared this Liquidation Analysis for the purpose of evaluating whether the Plan meets the so-called best interests test under section 1129(a)(7) of the Bankruptcy Code. The Liquidation Analysis has been prepared assuming the Prospective Debtors enter a chapter 7 proceedings under the Bankruptcy Code on December 1, 2011 (the "**Liquidation Date**") and their assets are liquidated in a traditional liquidation with the loss of going concern value attributable to these assets. A chapter 7 trustee (the "**Trustee**") would be appointed or elected to commence the liquidation of all of the Prospective Debtors' assets. To maximize recovery, the liquidation is assumed to occur over a six month period (the "**Wind Down Period**"). The Liquidation Analysis is based on unaudited book values as of June 26, 2011, and these values, in total, are assumed to be representative of the Prospective Debtors' assets and liabilities as of the Liquidation Date. However, the Liquidation Analysis does not include recoveries resulting from any potential preference claims, fraudulent conveyance litigation, or other avoidance actions.

Estimating recoveries in any hypothetical chapter 7 liquidation case is an uncertain process due to the number of unknown variables and is necessarily speculative. Thus extensive use of estimates and assumptions has been made that, although considered reasonable by the Prospective Debtors' management and their financial advisors, are inherently subject to significant business, economic and competitive uncertainties and contingencies beyond the control of the Prospective Debtors. THE PROSPECTIVE DEBTORS MAKE NO REPRESENTATIONS OR WARRANTIES REGARDING THE ACCURACY OF THE ESTIMATES AND ASSUMPTIONS OR A TRUSTEE'S ABILITY TO ACHIEVE FORECASTED RESULTS. IN THE EVENT OF A CHAPTER 7 CASE, ACTUAL RESULTS MAY VARY MATERIALLY FROM THE ESTIMATES AND PROJECTIONS SET FORTH IN THE LIQUIDATION ANALYSIS.

The Liquidation Analysis indicates the values, which may be obtained upon disposition of assets, pursuant to a hypothetical chapter 7 liquidation, as an alternative to continued operation of the business as proposed under the Plan. Accordingly, values discussed herein are different than amounts referred to in the Plan, which illustrates the value of the Prospective Debtors business as a going concern.

In preparing the Liquidation Analysis, the amount of Secured Claims has been estimated based upon the June 26, 2011 balance sheet adjusted for certain debt pay downs. In the event litigation were necessary to resolve Claims asserted in a chapter 7 liquidation, the delay could be prolonged and Claims could further increase. The effects of this delay on the value of distributions under the hypothetical liquidation have not been considered. No Order or finding has been entered by the Bankruptcy Court estimating or otherwise fixing

the amount of Claims at the estimated amounts set forth in the Liquidation Analysis. THE ESTIMATED AMOUNT OF ALLOWED CLAIMS SET FORTH IN THE LIQUIDATION ANALYSIS SHOULD NOT BE RELIED UPON FOR ANY OTHER PURPOSE, INCLUDING, WITHOUT LIMITATION, ANY DETERMINATION OF THE VALUE OF ANY DISTRIBUTION TO BE MADE ON ACCOUNT OF ALLOWED CLAIMS UNDER THE PLAN. THE ACTUAL AMOUNT OF ALLOWED CLAIMS IN THE CHAPTER 11 CASES COULD MATERIALLY AND SIGNIFICANTLY DIFFER FROM THE AMOUNT OF CLAIMS ESTIMATED IN THE LIQUIDATION ANALYSIS.

NOTHING CONTAINED IN THIS HYPOTHETICAL LIQUIDATION ANALYSIS IS INTENDED TO BE OR CONSTITUTES A CONCESSION OR ADMISSION OF PROSPECTIVE DEBTORS.

EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THIS LIQUIDATION ANALYSIS WAS PREPARED MAY BE DIFFERENT FROM THOSE ASSUMED, OR, ALTERNATIVELY, MAY HAVE BEEN UNANTICIPATED, AND THUS THE OCCURRENCE OF THESE EVENTS MAY AFFECT THESE ANALYSES IN A MATERIALLY ADVERSE OR MATERIALLY BENEFICIAL MANNER. THE PROSPECTIVE DEBTORS AND REORGANIZED DEBTORS DO NOT INTEND AND DO NOT UNDERTAKE ANY OBLIGATION TO UPDATE OR OTHERWISE REVISE THE LIQUIDATION ANALYSIS (OR ANY OTHER PART OF THE DISCLOSURE STATEMENT) TO REFLECT EVENTS OR CIRCUMSTANCES EXISTING OR ARISING AFTER THIS LIQUIDATION ANALYSIS IS INITIALLY FILED OR TO REFLECT THE OCCURRENCE OF UNANTICIPATED EVENTS. THEREFORE, THE LIQUIDATION ANALYSIS MAY NOT BE RELIED UPON AS A GUARANTEE OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR. IN DECIDING WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN, HOLDERS OF CLAIMS OR INTERESTS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE LIQUIDATION ANALYSIS.

THIS LIQUIDATION ANALYSIS WAS DEVELOPED SOLELY FOR PURPOSES OF THE FORMULATION AND NEGOTIATION OF THE PLAN AND TO ENABLE THE HOLDERS OF CLAIMS AND INTERESTS ENTITLED TO VOTE UNDER THE PLAN TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN AND SHOULD NOT BE USED OR RELIED UPON FOR ANY OTHER PURPOSE, INCLUDING THE PURCHASE OR SALE OF SECURITIES OF, OR CLAIMS OR INTERESTS IN, THE PROSPECTIVE DEBTORS OR ANY OF THEIR AFFILIATES.

B. **Assumptions and Notes**
1. **Assets**
   - <u>Unrestricted Cash & Equivalents</u> – Reflects cash and equivalents held in all bank accounts.

   - <u>Accounts Receivable</u> – Accounts Receivable consists primarily of net advertising accounts receivable, circulation accounts receivable and other receivables. Recovery on net advertising accounts receivable is assumed at 50% – 80%. Recovery on circulation accounts receivable is assumed at 20% – 40%. Recovery on other receivables related to grace periods and service copies is assumed at 100%.

   - <u>Inventories</u> – Inventories are comprised of newsprint, ink and other various supplies. Recovery on inventories is assumed at 40% – 60%, based on prevailing market prices, estimated transport and handling costs, and potential discounts due to required purchaser resizing.

   - <u>Other Current Assets</u> – Other Current Assets includes prepaid accounts, assets held for sale, and deferred taxes. Recoveries on prepaid accounts are assumed at 51% – 100%. Recoveries on assets held for sale are assumed at 45% – 89%. Recoveries on deferred taxes are assumed at 0%.

   - <u>Investments</u> – Investments includes 50% ownership in Madison Newspapers Inc., 50% ownership in TNI Partners, Sandler V private equity investment and other investments. Recoveries for the Madison and TNI ownership are assumed at 50% – 100% of book value. Based on discussions with pension advisors, management determined a range for Sandler V that reflects the value that would be received if the private equity investments were sold on the market today (instead of held to maturity). Recoveries on all other investments vary and are assumed to be between 0% – 100%.

   - <u>PP&E, net</u> – Property, Plant & Equipment consists of land and buildings, printing equipment, and other. Management identified the largest ten building/land assets and applied recoveries at approximately 36% – 100% based on current market conditions and locations. Remaining building/land assets were assumed to be 44% – 88%. Recoveries on printing presses are assumed at 0% – 20% due to the lack of buyer market for used equipment. Recoveries on other property and equipment were assumed at 0% – 10%.

   - <u>Goodwill</u> – Goodwill is comprised of excess purchase price above book value of assets in prior transactions and recoveries are assumed at 0%.

   - <u>Intangibles, net</u> – Intangibles are comprised of mastheads, advertising lists, and subscriber lists. Recoveries on the mastheads are assumed at 0% – 9%, and recoveries on advertising and subscriber lists assumed to be immaterial.

- Intercompany Assets – Reflects intercompany account between Lee Enterprises and Pulitzer Inc. Assumes no value to intercompany claim held by Pulitzer due to lack of unsecured recovery at the Lee Enterprises collateral.

- Other Assets – Other Assets primarily represents loan origination fees and postretirement assets, and other miscellaneous assets. Loan origination costs are assumed at 0%. Post-retirement assets are assumed to belong to pension plan and provide no recovery to secured lenders. Other assets are assumed to have an average recovery range of 49% – 62%.

2. **Wind-Down Expenses**
    - Wind-Down Operating Costs – Wind-down operating costs are assumed to comprise 60 days of compensation expense, plus 6 months of certain building operating expenses (including electricity, property taxes and maintenance) that would be required to maintain the properties during a sale process.

    - Trustee Fees – Trustee fees are assumed to be 3% of the gross proceeds from the liquidation of the assets.

    - Professional Fees – Professional fees represent estimates for the professional fees during a chapter 7 liquidation.

3. **Secured Claims**
    - Prepetition Secured Debt – Secured claims include the Company's prepetition secured debt.

4. **Other Administrative Claims**
    - 503(b)(9) Claims – 503(b)(9) claims estimated at approximately $3,750,000.

    - Pre-Petition Employee Wages, Salaries, Commissions, Benefits – Estimated at approximately $6,800,000.

    - Reclamation Claims – Estimated at approximately $3,750,000.

    - Taxes – Estimated at approximately $4,800,000.