# EXHIBIT E

Corporate Structure Chart





PULITZER LEGAL STRUCTURE

# LEE ENTERPRISES INC.
## OWNERSHIP OF MADISON NEWSPAPERS INC. & THE CAPITAL TIMES COMPANY



**Lee Enterprises, Incorporated.**
Delaware
42-0823980

**NON-VOTING SHARES**
16.704% (10,021 of 59,990) shares
**VOTING SHARES**
0.692% (415 of 59,990) shares
**TOTAL SHARES**
8.698% (10,436 of 119,980) shares

50% Voting Rights
Class A Common Shares
(2,500 of 2,500 shares)

**The Capital Times Company**
Wisconsin

50% Voting Rights
Class B Common Shares
(2,500 of 2,500 shares)

**VOTING SHARES**
24.241% (14,542 of 59,990) shares
**TOTAL SHARES**
12.120% (14,542 of 59,990) shares

**Madison Newspapers Inc.**
(d.b.a. Capital Newspapers)
Wisconsin
(Madison, Portage, Baraboo, Beaver Dam Ops.)