# EXHIBIT F

Projections

*Introduction.*

As a condition to confirmation of a plan of reorganization, the Bankruptcy Code requires, among other things, that the Bankruptcy Court determine that confirmation is not likely to be followed by the liquidation or the need for further financial reorganization of the debtor. In connection with the development of the Plan, and for purposes of determining whether the Plan satisfies this feasibility standard, the Prospective Debtors' management analyzed the ability of the Prospective Debtors to meet their obligations under the Plan with sufficient liquidity and capital resources to conduct their businesses. As a consequence, the Debtors' management developed and prepared the following Projections of Lee Enterprises' financial statements (the "Projections") for the post-Effective Date period of fiscal year 2012 through fiscal 2015 (the "Projection Period").

**THE PROSPECTIVE DEBTORS DO NOT, AS A MATTER OF COURSE, PUBLISH THEIR BUSINESS PLANS, BUDGETS OR STRATEGIES OR MAKE EXTERNAL PROJECTIONS OR FORECASTS OF THEIR ANTICIPATED FINANCIAL POSITIONS OR RESULTS OF OPERATIONS. ACCORDINGLY, THE PROSPECTIVE DEBTORS DO NOT ANTICIPATE THAT THEY WILL, AND DISCLAIM ANY OBLIGATION TO, FURNISH UPDATED BUSINESS PLANS, BUDGETS OR PROJECTIONS TO HOLDERS OF CLAIMS OR INTERESTS PRIOR TO THE EFFECTIVE DATE OR TO STOCKHOLDERS AFTER THE EFFECTIVE DATE OR TO INCLUDE SUCH INFORMATION IN DOCUMENTS REQUIRED TO BE FILED WITH THE SECURITIES AND EXCHANGE COMMISSION OR ANY STOCK EXCHANGE OR OTHERWISE MAKE SUCH INFORMATION PUBLICLY AVAILABLE.**

A.     **Projections.**

The Projections should be read in conjunction with the assumptions, qualifications and explanations set forth herein and in the Disclosure Statement.

The Projections set forth below have been prepared based on the assumption that the Effective Date will be January 30, 2012. Although the Prospective Debtors are seeking to cause the Effective Date to occur as soon as practicable, there can be no assurance as to when or if the Effective Date will actually occur.

Lee Enterprises' Projected Consolidated Statements set forth below present the projected consolidated results of operations of Lee Enterprises for the Projection Period.

## Projected Consolidated Statement of Operations

Lee Enterprises' Projected Consolidated Statements of Operations set forth below present the projected earnings of Lee Enterprises for the Projection Period. Please read in conjunction with associated notes.

Consolidated Statement of Operations
($ in millions - Unaudited)

|  | Feb-Sept '12 | FY Projections 2013 | 2014 | 2015 |
|---|---|---|---|---|
| **Revenue** | | | | |
| Advertising | $336.1 | $530.8 | $537.8 | $546.3 |
| Circulation | 115.6 | 177.4 | 177.4 | 177.4 |
| Other | 36.6 | 38.7 | 39.1 | 39.5 |
| Total Revenue | 488.3 | 747.0 | 754.3 | 763.2 |
| **Operating Exepnses** | | | | |
| Compensation | 190.0 | 296.1 | 302.0 | 308.0 |
| Newsprint and Ink | 42.0 | 63.9 | 63.9 | 63.9 |
| Depreciation and Amortization | 46.4 | 66.7 | 67.1 | 63.1 |
| Other Operating Expenses | 150.4 | 223.7 | 227.0 | 230.4 |
| Total Operating Expenses | 428.8 | 650.3 | 660.0 | 665.5 |
| Earnings from Associated Companies | 4.2 | 7.5 | 7.5 | 7.5 |
| **Operating Income** | **$63.8** | **$104.1** | **$101.8** | **$105.2** |
| **Other Expenses** | | | | |
| Interest Expense, Net | 62.2 | 91.0 | 89.3 | 87.8 |
| Amortization of Debt Financing Costs | 8.6 | 10.0 | 10.0 | 10.0 |
| Earnings (Loss) Before Taxes | (7.1) | 3.1 | 2.5 | 7.5 |
| Income Tax Expense (Benefit) | (2.7) | 1.2 | 0.9 | 2.8 |
| **Net Income (Loss)** | **($4.4)** | **$1.9** | **$1.5** | **$4.6** |

# Projected Consolidated Balance Sheet

Lee Enterprises' Projected Consolidated Balance Sheet set forth below presents the projected consolidated financial position of Lee Enterprises including the contemplated new capital structure, giving effect to confirmation and consummation of the transaction contemplated by the Plan, as of the end of each fiscal year from September 2012 to fiscal year 2015. Please read in conjunction with associated notes.

Consolidated Balance Sheet
($ in millions - Unaudited)

|  | FY Projections | | | |
|---|---|---|---|---|
|  | **2012** | **2013** | **2014** | **2015** |
| Assets | | | | |
| Cash and Cash Equivalents | $33.7 | $53.1 | $63.3 | $74.4 |
| Receivables | 70.9 | 70.2 | 70.9 | 71.8 |
| Inventories | 8.2 | 8.2 | 8.2 | 8.2 |
| Deferred Income Taxes | 2.7 | 2.7 | 2.7 | 2.7 |
| Other Current Assets | 20.0 | 20.0 | 20.0 | 20.0 |
| Total Current Assets | 135.5 | 154.2 | 165.1 | 177.0 |
| | | | | |
| Property, Plant, and Equipment, Net (PP&E) | 195.2 | 179.1 | 162.5 | 149.4 |
| Intangible Assets, Net | 700.1 | 660.9 | 621.9 | 583.4 |
| Other Assets | 101.2 | 96.1 | 91.0 | 85.9 |
| **Total Assets** | **$1,131.8** | **$1,090.3** | **$1,040.5** | **$995.7** |
| | | | | |
| Liabilities and Stockholders' Equity | | | | |
| Accounts Payable | $27.5 | $27.5 | $28.0 | $28.4 |
| Compensation and Other Accrued Liabilities | 27.7 | 27.7 | 27.7 | 27.7 |
| Unearned Revenue | 36.5 | 36.5 | 36.5 | 36.5 |
| Total Current Liabilities | 91.7 | 91.8 | 92.2 | 92.6 |
| | | | | |
| Total Debt, Including Current Portion | 975.8 | 938.7 | 893.1 | 847.5 |
| Retirement and Pension | 72.0 | 62.3 | 52.9 | 43.5 |
| Deferred Income Taxes | 67.9 | 68.9 | 69.6 | 72.4 |
| Other Long-Term Liabilities | 18.4 | 18.4 | 18.4 | 18.4 |
| Total Long-Term Liabilities | 1225.8 | 1180.0 | 1126.2 | 1074.4 |
| | | | | |
| Stockholders' Equity | (94.0) | (89.7) | (85.7) | (78.7) |
| | | | | |
| **Total Liabilities and Stockholders' Equity** | **$1,131.8** | **$1,090.3** | **$1,040.5** | **$995.7** |

## Projected Consolidated Statement of Cash Flows

Lee Enterprises' Projected Consolidated Statements of Cash Flows set forth below present the projected consolidated cash flows of Lee Enterprises for the Projection Period. Please read in conjunction with associated notes.

Consolidated Statement of Cashflows
($ in millions - Unaudited)

|  | Feb-Sept '12 | FY Projections 2013 | 2014 | 2015 |
|---|---|---|---|---|
| **Cash Flows from Operating Activities** |  |  |  |  |
| Net Income (Loss) | ($4.4) | $1.9 | $1.5 | $4.6 |
| *Reconciliation of net income (loss) to net cash provided by operations:* |  |  |  |  |
| Plus: Depreciation and Amortization | 46.4 | 66.7 | 67.1 | 63.1 |
| Plus: Amortization of Financing Costs and Discounts | 7.0 | 10.0 | 10.0 | 10.0 |
| Plus: Pension Contributions Above Expense | (5.9) | (9.7) | (9.4) | (9.4) |
| Plus: Stock Based Compensation | 1.2 | 2.4 | 2.4 | 2.4 |
| Plus: Deferred Taxes | (2.7) | 1.0 | 0.7 | 2.7 |
| Changes in Working Capital & Other | 0.7 | (4.2) | (5.2) | (5.3) |
| **Cash Flows from Operating Activities** | **$42.3** | **$68.0** | **$67.3** | **$68.2** |
| **Cash Flows from Investing Activities** |  |  |  |  |
| Capital Expenditures | ($7.4) | ($11.5) | ($11.5) | ($11.5) |
| **Cash Flows from Investing Activities** | **($7.4)** | **($11.5)** | **($11.5)** | **($11.5)** |
| **Cash Flows from Financing Activities** |  |  |  |  |
| Payments on Long-Term Debt | ($15.1) | ($37.1) | ($45.6) | ($45.6) |
| **Cash Flows from Financing Activities** | **($15.1)** | **($37.1)** | **($45.6)** | **($45.6)** |
| **Total Cash Flow Generated** | **$19.8** | **$19.4** | **$10.2** | **$11.1** |
| Beginning Cash | $13.9 | $33.7 | $53.1 | $63.3 |
| Change in Cash | 19.8 | 19.4 | 10.2 | 11.1 |
| Ending Cash | $33.7 | $53.1 | $63.3 | $74.4 |

**B.    Accounting Policies.**

The Projections have been prepared using accounting policies that are consistent with those applied in the Prospective Debtors' historical financial statements and give effect to confirmation and consummation of the transaction contemplated by the Plan. No balances have been restated under the provisions of fresh start accounting.

**C.    Summary of Significant Assumptions.**

The Prospective Debtors, with the assistance of various professionals, prepared the Projections for the Projection Period. The Projections reflect numerous assumptions, including various assumptions regarding the anticipated future performance of Lee Enterprises and the newspaper industry, general business and economic conditions and other matters, most of which are beyond the control of the Prospective Debtors and their management. Therefore, although the Projections are necessarily presented with numerical specificity, the actual results achieved during the Projection Period will vary from the projected results. These variations may be material. Although Lee Enterprises believes that the assumptions underlying the Projections, when considered on an overall basis, are reasonable in light of current circumstances, no representation can be or is being made with respect to the accuracy of the Projections or the ability of Lee Enterprises to achieve the projected results of operations. In deciding whether to vote to accept or reject the Plan, claimants must make their own determinations as to the reasonableness of such assumptions and the reliability of the Projections.

Additional information relating to the principal assumptions used in preparing the Projections is set forth below:

**General Market Conditions**

The Projections take into account the current market environment in which the Debtors compete, including many economic and financial forces that are beyond the control of the Prospective Debtors and management. The Prospective Debtors operate in newspaper markets in 23 states across the United States. Economic growth or slowdowns on a global, national, regional or local basis may impact Lee Enterprises' revenue and expenses.  Changes in the newspaper industry may also impact performance.

**Methodology**

The Projections were prepared based on several key assumptions, as discussed below.

**Revenue and Operating Expenses**

<u>Advertising Revenue</u>: The Projections assume advertising revenue declines by 1.3% in the last eight months of 2012 and grows 0.9% in 2013, 1.3% in 2014, and 1.6% in 2015. The advertising revenue forecast was constructed on a by category, by enterprise

5

basis for the post-Effective Date period of fiscal year 2012 and from annual growth rates by category of revenue for subsequent years.

Circulation Revenue: Circulation revenue is forecast to decline by 2.5% in the last eight months of 2012 and be flat in subsequent years, reflecting modest circulation volume declines offset by price increases.

Other Revenue: Other revenue is forecast to grow by 1.0% in the last eight months of 2012, 1.0% in 2013, 1.0% in 2014, and 1.1% in 2015.  2012 includes an incremental $12 million dollars of revenue to account for a 53rd week of operations that falls within the fiscal year.

Compensation: The compensation forecast reflects a by category, by enterprise analysis of compensation expense in 2012, rolled forward in subsequent years and subject to certain inflation rates. The Projections reflect nominal headcount reductions, annual 2.0% wage increases through 2015, and the gradual restoration of benefits and incentives suspended since 2008.

Newsprint and Ink: The newsprint and ink forecast reflects modest decreases in volume and paper prices leveling off at or near current prices.

Depreciation & Amortization: Depreciation and amortization are projected based on current book values of property, plant and equipment ("PP&E") and intangibles, and on depreciable life assumptions for existing PP&E and intangibles and PP&E generated through new capital spending.

Other Cash Expenses: Other cash expenses reflect costs not considered in another category described above and subject to inflation rates in subsequent years. 2012 includes an incremental $9 million dollars of expense to account for a 53rd week of operations that falls within the fiscal year.

**Interest Expense**

The Projections reflect interest expense incurred related to borrowings under the New First Lien Credit Facility, New Second Lien Term Loans, and the New Pulitzer Notes.  The New First Lien Credit Facility is projected to possess the following terms: a principal balance of $689.5 million, a December 31, 2015 maturity and an interest rate of (i) LIBOR + 6.25%, subject to a LIBOR floor of 1.25% for the Extended Loans, and (ii) LIBOR + 5.50%, subject to a LIBOR floor of 1.25% for the revolving loans. The Projections assume the revolving credit facility is undrawn at closing and not required in the projected periods.  The New Second Lien Term Loans are projected to possess the following terms: a principal balance of $175.0 million, an April 28, 2017 maturity and an interest rate of 15.0%.  The New Pulitzer Notes are projected to possess the following terms: a principal balance of $126.4 million, a December 31, 2015 maturity and an interest rate of 10.55% increasing by 75 bps annually starting January 1, 2013.

6

**Income Taxes**

The Projections calculate income tax expense at the Lee Enterprises' average tax rate of 38.0%, applied to pre-tax income. Cash taxes are calculated by adjusting pre-tax income to reflect various tax credits and reimbursements the Prospective Debtors are due to receive based on current operations and transactions as set forth in the Plan.

**Capital Expenditures**

Capital expenditures for 2012 are based on Lee Enterprises' capital spending budget, comprised mostly of maintenance capital expenditures. Capital expenditures for 2013-2015 are estimated based on historical spending levels.

**Capital Structure**

The Reorganized Debtors' emergence capital structure is assumed as follows:

First Lien Credit Facility: On the Effective Date, the Reorganized Debtors will be indebted under the First Lien Credit Facility, which is projected to possess the following terms: a principal balance of $689.5 million, a December 31, 2015 maturity and an interest rate of (i) LIBOR + 6.25%, subject to a LIBOR floor of 1.25% for the Extended Loans, and (ii) LIBOR + 5.50%, subject to a LIBOR floor of 1.25% for the revolving loans.

Second Lien Term Loans: On the Effective Date, the Reorganized Debtors will be indebted under the Second Lien Term Loans, which are projected to possess the following terms: a principal balance of $175.0 million, an April 28, 2017 maturity and an interest rate 15.0%.

New Pulitzer Notes: On the Effective Date, the Reorganized Debtors will be indebted under the New PD LLC Notes, which are projected to possess the following terms: a principal balance of $126.4 million, a December 31, 2015 maturity and an interest rate of 10.55% increasing by 75 bps annually starting January 1, 2013. The New Pulitzer Notes will be allocated pro rata among existing PD LLC Notes lenders under the Plan and involve no new money funding.

**Working Capital**

Accounts receivable, inventories, accounts payable, and unearned revenue are projected according to historical relationships with respect to purchase and sales volumes.